# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | Brackenwagen v. Galynsky | Date | May 17, 2024 |
|---|---|---|---|
| Title | CV 22-513 MWF (MRWx) | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Eddie Ramirez | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

   1.   Plaintiffs filed a discovery motion that is not in the joint format mandated under the Local Rules.  (Docket # 134.)  The motion is accompanied by a statement that indicates that Defendants did not sign and approve the joint motion before the moving party filed it, in accordance with this Court's Local Rule 37-2.2.[1]  (Docket # 134-2 at 3.)

   2.   A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion."  Local Rule 7-12.  Therefore, Defendants are ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>May 24, at 12:00 p.m.</u>  If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.  The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).

---

   [1]   Of the potential violations of the joint discovery motion process conceivable under the Local Rule, this one seems pretty minor.  The declaration establishes that the defense <u>did</u> provide its portion of the draft motion.  However, Ms. McKnight states that Mr. Patterson did not subsequently give his ministerial approval to the final document.  (Docket # 134-2 at ¶¶ 11, 13.)  Oddly, Plaintiffs did not submit the defense's draft? / non-final? / unsigned-but-final? version of the entire motion for the Court's review.  That will delay the Court's consideration of the parties' substantive positions, and may become relevant if the Court reaches the merits of the motion or takes up fee-shifting issues.