# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE BRACKENWAGEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BEN GALYNSKY, et al., <br><br> Defendants. | Case No. CV 22-00513-MWF (MRWx) <br><br> **JUDGMENT** |

The Court has reviewed the Stipulation for Entry of Judgment (the "Stipulation") filed by and between Plaintiff and Counter-Defendant Jake Brackenwagen, an individual, and Plaintiff Brackenwagen Real-Estate Investments, LLC, a Wisconsin limited liability company, and Defendant and Counter-Claimant Brett-Livingstone Strong and Defendants Stason Strong and Jackson-Strong Alliance, LLC, a Nevada limited liability company.  (Docket No. 152).

Pursuant to the Stipulation, and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

///

///

1. Judgment is entered in favor of Plaintiff and Counter-Defendant Jake Brackenwagen and Plaintiff Brackenwagen Real-Estate Investments, LLC and against Defendant and Cross-Claimant Brett-Livingstone Strong and Defendant Jackson-Strong Alliance, LLC.

2. Plaintiff and Counter-Defendant Jake Brackenwagen and Plaintiff Brackenwagen Real-Estate Investments, LLC are awarded **$350,000** from Defendant and Cross-Claimant Brett-Livingstone Strong and Defendant Jackson-Strong Alliance, LLC, jointly and severally, inclusive of all costs;

3. The Complaint against Defendant Stason Strong is **DISMISSED** in its entirety with prejudice, and Plaintiffs shall take nothing from Defendant Stason Strong; and,

4. Defendant and Counter-Claimant Brett-Livingstone Strong's Counter-Claim against Plaintiff and Counter-Defendant Jake Brackenwagen is **DISMISSED** in its entirety with prejudice, and Brett-Livingstone Strong shall take nothing from Jake Brackenwagen.

Dated: January 22, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge